UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL F. PALAZZO and TIMOTHY MICHAEL BECKETT,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN BONAVENTURA, et al.,<br><br>Defendants. | Case No. 2:12-cv-00562-MMD-GWF<br><br>ORDER<br><br>(Defendant's Motion to Stay – dkt. no. 45) |

Plaintiffs filed a Non-Opposition (dkt. no. 47) to Defendant's Motion to Stay the Proceedings Pending Resolution of Declaratory Relief Action (dkt. no. 45). GOOD CAUSE APPEARING, IT IS ORDERED that Defendant's Motion is GRANTED. The Clerk of the Court is hereby ordered to stay proceedings in this case pending resolution of the declaratory relief action involving Defendant.

The Court notes that Plaintiffs have reserved the right to object to a prolonged stay. Accordingly, IT IS FURTHER ORDERED that the parties shall file a joint status report regarding the stay every three months. Further, the Court will revisit the stay should Plaintiffs file an objection.

IT IS FURTHER ORDERED that all pending motions in this case are DENIED WITHOUT PREJUDICE. When the stay is lifted, the parties may move to reinstate the previously pending motions.

DATED THIS 29th day of November 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE