CRAIG R. DELK, ESQ.
Nevada Bar No. 2295
THORNDAL ARMSTRONG DELK
  BALKENBUSH & EISINGER
1100 Bridger Avenue
Las Vegas, Nevada 89101
PHONE:  (702) 366-0622
FAX:    (702) 366-0327
E-MAIL: cdelk@thorndal.com

Attorneys for Defendant,
JOHN BONAVENTURA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL F. PALAZZO, individually; and TIMOTHY MICHAEL BECKETT, individually, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN BONAVENTURA, individually and in his official capacity as Las Vegas Township Constable; DOES I-X, inclusive; ROE CORPORATIONS I-X, inclusive; and GOVERNMENTAL ENTITIES AND POLITICAL SUBDIVISIONS OF THE STATE OF NEVADA I-X, inclusive, <br><br> Defendants. | Case No. 2:12-cv-00562-MMD-GWF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between T. Louis Palazzo, Esq. on behalf of Plaintiffs, DANIEL F. PALAZZO and TIMOTHY MICHAEL BECKETT, that Plaintiffs' Complaint may be dismissed, with prejudice, against Defendant, JOHN BONAVENTURA, individually and in

Law Offices
THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
1100 E. Bridger Avenue
Las Vegas, Nevada 89101
(702) 366-0622

1 his official capacity as Las Vegas Township Constable, each party
2 to bear their own fees and costs.

| PALAZZO LAW FIRM | THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER |
|---|---|
| *(signed)* | *(signed)* |
| T. Louis Palazzo, Esq.<br>Nevada Bar No. 4128<br>520 South Fourth St., 2nd Flr.<br>Las Vegas, NV 89101<br>Attorneys for Plaintiffs,<br>DANIEL F. PALAZZO and<br>TIMOTHY MICHAEL BECKETT | Craig R. Delk, Esq.<br>Nevada Bar No. 2295<br>1100 East Bridger Avenue<br>Las Vegas, NV 89101<br>Attorney for Defendant,<br>JOHN BONAVENTURA |
| DATED:_____ | DATED: 12/12/13 |

**ORDER**

IT IS SO ORDERED.

DATED this 12th day of December, 2013.

_____
DISTRICT COURT JUDGE

Submitted by:

THORNDAL, ARMSTRONG, DELK,
 BALKENBUSH & EISINGER

*(signed)*
_____
Craig R. Delk, Esq.
1100 E. Bridger Avenue
Las Vegas, NV 89101
Attorneys for Defendant,
JOHN BONAVENTURA

Law Offices
THORNDAL, ARMSTRONG,
DELK, BALKENBUSH
& EISINGER
1100 E. Bridger Avenue
Las Vegas, Nevada 89101
(702) 366-0622